# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

127907

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

TERREL JAMAR TATE,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 127907
COA: 256434
Genesee CC: 02-010663-FH

On order of the Court, the application for leave to appeal the December 21, 2004 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

_____
Clerk

s0123